ORIGINAL

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  ------------------------------------------X
   TAMIKO GARRIS-RIVERS,
4
                               PLAINTIFF,
5
              -against-         Case No.:
6                               13CV9034

7  THE CITY OF NEW YORK, ET AL,

8                               DEFENDANTS.
   ------------------------------------------X
9

10              DATE:  October 27, 2014

11              TIME:  10:17 A.M.

12

13

14              DEPOSITION of the Defendant,

15  MATTHEW JOHN REILLY, taken by the

16  Plaintiff, pursuant to a Court Order and to

17  the Federal Rules of Civil Procedure, held

18  at the offices of Diamond Reporting, Inc.,

19  1001 Avenue of the Americas, New York, New

20  York 10018, before BREINDY LOWENSTEIN, a

21  Notary Public of the State of New York.

22

23

24

25

DIAMOND REPORTING   (718) 624-7200   info@diamondreporting.com

```
 1
 2     A P P E A R A N C E S:
 3
 4     STECKLOW, COHEN & THOMPSON, ESQS.
          Attorneys for the Plaintiff
 5        TAMIKO GARRIS-RIVERS
          217 Centre Street
 6        New York, New York 10013
          BY:  DAVID THOMPSON, ESQ.
 7
 8
       BEE READY FISHBEIN HATTER & DONOVAN, LLP
 9        Attorneys for the Defendants
          THE CITY OF NEW YORK, ET AL
10        170 Old Country Road
          Mineola, New York 11501
11        BY:  ANDREW K. PRESTON, ESQ.
12
13              *         *         *
14
15
...
25
```

1      M. J. REILLY

2      Q.    Looking at the second page of
3 the memo there is a signature. Can you
4 identify the signature?
5      A.    That's my signature, sir.
6      Q.    Is there any part of this
7 memorandum that you didn't write?
8      A.    No, sir.
9      Q.    When was this written?
10     A.    May 12, 2013.
11     Q.    The date that appears on it?
12     A.    Yes.
13     Q.    What was the purpose of writing
14 the memo?
15     A.    I was asked to do so because
16 there had been an investigation into the
17 arrest.
18     Q.    What was the nature of the
19 investigation into the arrest?
20     A.    There had been a civil
21 complaint to the nature of the arrest.
22     Q.    This kind of memorandum is not
23 something you normally write after every
24 arrest?
25     A.    No, sir.

                    M. J. REILLY

2       Q.    Do you know who conducted the
3   investigation?
4       A.    I do not, sir.
5       Q.    Does your office normally
6   conduct the investigation?
7       A.    Internal Affairs generally.
8       Q.    Other than writing this memo,
9   did you do anything else with respect to
10  that investigation?
11      A.    No, sir.
12      Q.    Were you asked to do anything
13  else?
14      A.    Not that I recall, sir.
15      Q.    Do you know what the outcome of
16  the investigation was?
17      A.    I do not know, sir.
18      Q.    Are there video surveillance of
19  the platform at Jamaica Station?
20      A.    Yes, there is.
21      Q.    What kind of video surveillance
22  is it?
23      A.    Multiple cameras on every
24  platform throughout the station.
25      Q.    Do these cameras record video

1          M. J. REILLY
2  or something else?
3      A.    They record video I believe so.
4      Q.    Where is the location where the
5  recording video is first received?
6      A.    It's in the Port Authority
7  building which we are located in.  It's
8  under control of Port Authority I believe.
9      Q.    The Port Authority building,
10 are you referring to Jamaica Station?
11     A.    Yes.
12     Q.    Is it part of the station or --
13     A.    Airtrain building.
14     Q.    Do you happen to know if the
15 system uses tapes or hard drives?
16     A.    I don't know, sir.
17     Q.    If you wanted to get copies of
18 the video that had been taken at a certain
19 time or place at any station, what would
20 you do?
21     A.    You would have to go upstairs
22 and request a copy of that to be made.
23     Q.    To go upstairs, is there a
24 particular office you are referring to?
25     A.    I believe on the seventh floor.

```
 1                    M. J. REILLY
 2        Q.    Do you know the name of that
 3   office?
 4        A.    I do not know the name of the
 5   office.
 6        Q.    Have you ever done this, made a
 7   request like that?
 8        A.    Not myself, no.
 9        Q.    Is that something that police
10   officers from the district sometimes have
11   occasion to do?
12        A.    Supervisors I have seen do it,
13   yes.
14        Q.    For what purpose?
15        A.    When cases are going through
16   investigation.
17        Q.    Do you know how long the video
18   is retained?
19        A.    I don't know.
20             MR. THOMPSON:  We will need an
21        affidavit for the video.
22             MR. PRESTON:  Take it under
23        advisement.
24             MR. THOMPSON:  Mark this,
25        please.
```