ACCEPTED FOR MTA ONLY
MTA General Counsel
Received
Date: 5/14/13 Time: 12:10 PM
Mail ☐  Personal ☒
Cutler

IN THE MATTER OF THE CLAIM OF
Tamiko Garris-Rivers
-against-
THE METROPOLITAN TRANSIT AUTHORITY, LONG ISLAND RAIL ROAD

PLEASE TAKE NOTICE that the undersigned claimant(s) hereby make(s) claim and demand against THE METROPOLITAN TRANSIT AUTHORITY and the LONG ISLAND RAIL ROAD as follows:

1. The name and post-office address of each claimant and claimants attorney is:

Tamiko Garris-Rivers

David A. Thompson, Esq. Stecklow Cohen & Thompson 10 Spring Street, Suite 1, N.Y. N.Y. 10012

2. The nature of the claim:

This is a claim for false arrest and false imprisonment of the claimant by THE METROPOLITAN TRANSIT AUTHORITY and the LONG ISLAND RAIL ROAD and/or its agents, servants and/or employees or agents thereof, including but not limited to as-yet unknown Metropolitan Transit Authority Police Officers, each and all acting within the scope and course of their employment and/or agency with the Metropolitan Transit Authority and/or the Long Island Rail Road.

The claimant places the Metropolitan Transit Authority and the Long Island Rail Road on notice that the claimant claims payment, compensation and damages upon the following causes of action and legal theories: liability in respondeat superior for the acts of its agents; negligence; negligent hiring, training, and/or supervision of its agents and officers; recklessness; intentional infliction of emotional distress; battery; false arrest; false imprisonment; malicious prosecution; abuse of process; defamation; violation of the claimant's rights under the Constitution of the State of New York, including her rights to due process, freedom from unlawful seizure, and liberty; violation of the claimant's rights under the federal Constitution and federal law.

3. The time when, the place where and the manner in which the claim arose:

An employee of the Long Island Rail Road, a conductor on the rear portion of the 6:04 PM Eastbound train on the Ronkonkoma line, falsely and maliciously defamed the Claimant attempting to procure her arrest. The Claimant was arrested by the aforementioned MTA Police officers at approximately 6:30 PM on May 6, 2013, at the Jamaica Station of the Long Island Railroad. The claimant was held at the Jamaica Station for approximately two hours. The claimant was then transported to Queens Central Booking and was held there until she was released at approximately 4:00 PM on May 7, 2013. The Claimant was falsely charged with a crime or violation, which was dismissed at arraignment.

4. The items of damages or injuries claimed are:

The claimant suffered violation of her civil rights, for which she claims damages. The claimant suffered emotional and mental distress, which has resulted in physical symptoms including sleep disturbance and loss of appetite. At the present time, the Claimant is unable to state a precise dollar amount for these injuries, but the Claimant believes and claims that such dollar amount is or exceeds $750,000.00.

The undersigned claimant therefore presents this claim for adjustment and payment.

Dated: New York, New York
May 9, 2013

_____
Tamiko Garris-Rivers

## INDIVIDUAL VERIFICATION

STATE OF NEW YORK,     :
                       :ss.
COUNTY OF NEW YORK.    :

Tamiko Garris-Rivers being duly sworn, deposes and says that deponent is the claimant in the within action; that she has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

_____
Tamiko Garris-Rivers

Sworn to before me this

9th day of May, 2013

_____
NOTARY PUBLIC

DAVID ALLEN THOMPSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TH6208118
Qualified in New York County
My Commission Expires June 22, 2013

LIRR
CLAIMS BUREAU
2013 MAY 14 A 10: 51

IN THE MATTER OF THE CLAIM OF
Tamiko Garris-Rivers
-against-
THE METROPOLITAN TRANSIT AUTHORITY, LONG ISLAND RAIL ROAD

---

PLEASE TAKE NOTICE that the undersigned claimant(s) hereby make(s) claim and demand against THE METROPOLITAN TRANSIT AUTHORITY and the LONG ISLAND RAIL ROAD as follows:

1. **The name and post-office address of each claimant and claimants attorney is:**
Tamiko Garris-Rivers
David A. Thompson, Esq. Stecklow Cohen & Thompson 10 Spring Street, Suite 1, N.Y. N.Y. 10012

2. **The nature of the claim:**

This is a claim for false arrest and false imprisonment of the claimant by THE METROPOLITAN TRANSIT AUTHORITY and the LONG ISLAND RAIL ROAD and/or its agents, servants and/or employees or agents thereof, including but not limited to as-yet unknown Metropolitan Transit Authority Police Officers, each and all acting within the scope and course of their employment and/or agency with the Metropolitan Transit Authority and/or the Long Island Rail Road.

The claimant places the Metropolitan Transit Authority and the Long Island Rail Road on notice that the claimant claims payment, compensation and damages upon the following causes of action and legal theories: liability in respondeat superior for the acts of its agents; negligence; negligent hiring, training, and/or supervision of its agents and officers; recklessness; intentional infliction of emotional distress; battery; false arrest; false imprisonment; malicious prosecution; abuse of process; defamation; violation of the claimant's rights under the Constitution of the State of New York, including her rights to due process, freedom from unlawful seizure, and liberty; violation of the claimant's rights under the federal Constitution and federal law.

3. **The time when, the place where and the manner in which the claim arose:**

An employee of the Long Island Rail Road, a conductor on the rear portion of the 6:04 PM Eastbound train on the Ronkonkoma line, falsely and maliciously defamed the Claimant attempting to procure her arrest. The Claimant was arrested by the aforementioned MTA Police officers at approximately 6:30 PM on May 6, 2013, at the Jamaica Station of the Long Island Railroad. The claimant was held at the Jamaica Station for approximately two hours. The claimant was then transported to Queens Central Booking and was held there until she was released at approximately 4:00 PM on May 7, 2013. The Claimant was falsely charged with a crime or violation, which was dismissed at arraignment.

4. **The items of damages or injuries claimed are:**

The claimant suffered violation of her civil rights, for which she claims damages. The claimant suffered emotional and mental distress, which has resulted in physical symptoms including sleep disturbance and loss of appetite. At the present time, the Claimant is unable to state a precise dollar amount for these injuries, but the Claimant believes and claims that such dollar amount is or exceeds $750,000.00.

The undersigned claimant therefore presents this claim for adjustment and payment.

Dated: New York, New York
May 9, 2013

_____
Tamiko Garris-Rivers

## INDIVIDUAL VERIFICATION

STATE OF NEW YORK,    :
                      :ss.
COUNTY OF NEW YORK    :

Tamiko Garris-Rivers being duly sworn, deposes and says that deponent is the claimant in the within action; that she has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

_____
Tamiko Garris-Rivers

Sworn to before me this

9th day of May, 2013

_____
NOTARY PUBLIC

DAVID ALLEN THOMPSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 02TH6208118
Qualified in New York County
My Commission Expires June 22, 2013