# Incident Report
# M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

345 MADISON AVENUE
9TH FLOOR
(212)878-1000

Reported Date 05/06/2013
Nature of Call TOSM
Officer RAU,ROBERT

LIRR CLAIMS BUREAU
2013 MAY 21 P 2:46

## Administrative Information

| Agency | Case No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | 13-6279 | ORIG | 05/06/2013 | 07:25 | 131260334 |

| Status | Nature of Call | Location |
|---|---|---|
| ARREST MADE | THEFT OF SERV-M | 21 JAMAICA STATION |

| City | ZIP Code | Rep Dist | County | Beat | From Date | From Time | To Date |
|---|---|---|---|---|---|---|---|
| QUEENS | 11435 | QJAM21 | QUEENS | 3A | 05/06/2013 | 18:25 | 05/06/2013 |

| To Time | Officer | Assignment |
|---|---|---|
| 18:25 | R86746/RAU,ROBERT | PATROL OFFICER |

| 2nd Officer | Assignment | Entered by | Assignment | RMS Transfer | Prop Trans Stat |
|---|---|---|---|---|---|
| REILLY,MATTHEW J | PATROL OFFICER | R86746 | PATROL OFFICER | Successful | Pending |

| Property? | Transit ID | Org Nature of Call | CTV | Approving Officer |
|---|---|---|---|---|
| Yes | L2076 | FARE | County of Queens | C86156 |

| Approval Date | Approval Time |
|---|---|
| 05/11/2013 | 10:46:09 |

NYSPIN CK MADE-NO HIT: Yes

| # Offenses | Offense | | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NY PL 165.15 | 03 | AMO | INTENT/FRAUD OBT TRA | | C | 0 | 77 | 06 |

| SPV | MOE | Act | Weapon/Force | IBRS | No | Theft Type |
|---|---|---|---|---|---|---|
| | | | | 23H | 1 | 09 |

| Unk | Involvement | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | ARR | 1 | GARRIS,TAMIKO | B | F | [redacted] |
| VIC | VIC | 1 | SOCIETY | | | |

| # Offenses | Offense | | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|---|
| 2 | NY PL 240.20 | 02 | OVO | DIS/CON:UNREASONABLE | | C | 0 | 77 | 06 |

| SPV | MOE | Act | Weapon/Force | IBRS | No | Theft Type |
|---|---|---|---|---|---|---|
| | | | | 90C | 2 | |

| Unk | Involvement | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | ARR | 1 | GARRIS,TAMIKO | B | F | [redacted] |
| VIC | VIC | 1 | SOCIETY | | | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARO | 1 | L | PO RAU,ROBERT | | | | |
| ARR | 1 | I | GARRIS,TAMIKO | 600964 | B | F | 10/17/1971 |
| ASO | 1 | L | PO REILLY,MATTHEW | | | | |
| ASO | 2 | L | PO OLIVARES,JOUAN | | | | |
| ENL | 1 | I | GARDINER,BENJAMIN | 525317 | | | |
| ENL | 2 | I | MANCINI,JOHN | 498681 | | | |
| MOS | 1 | L | PO BRODERICK,ELOISE | | | | |
| MOS | 2 | L | PO HAGGERTY,MICHAEL | | | | |
| VIC | 1 | S | SOCIETY | | | | |

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 1 of 23 |

Supervisor Signature

# Incident Report — 13-6279

Supplement No: ORIG

## M.T.A. POLICE DEPARTMENT

### Property Summary

| Involvement | Description |
|---|---|
| EVD | ARTICLE: D-LIC, EMP PASS,ID,MILITARY ID, SS CARD, PASS LIRR TRANSPORT 1 LIRR SPOUSE TRANSPORTATION PASS. |
| SEK | ARTICLE: PHOTOS PHOTO 1 PHOTO OF PRISONER PERSONAL PROPERTY FORM. |

### Summary Narrative

Report of a possible fare dispute on-board LIRR train # 2076, car # 7663, at Jamaica Station. One summary arrest made.

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 2 of 23 |
| Supervisor Signature | | |

# Incident Report

13-6279

Supplement No: ORIG

## M.T.A. POLICE DEPARTMENT

### ARRESTING OFFICER 1: PO RAU,ROBERT

| Involvement | Seq | Type |
|---|---|---|
| ARRESTING OFFICER | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

Name: PO RAU,ROBERT

| Type | ID No |
|---|---|
| PD SHIELD | 2330 |

| Phone Type | Phone No |
|---|---|
| BUSINESS | (718)725-6121 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT / DISTRICT # 3 | OFFICER |

### ARRESTED PERSON 1: GARRIS,TAMIKO

| Involvement | Seq | Type | Name | MNI |
|---|---|---|---|---|
| ARRESTED PERSON | 1 | INDIVIDUAL | GARRIS,TAMIKO | 600964 |

| Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|---|
| BLACK | FEMALE | [redacted] | | NON HISPANIC | No | [redacted] | | BLACK | BROWN |

| Skin | Extent of Injury | Dom Violence | Gen Appearance | Build | Hair Description |
|---|---|---|---|---|---|
| MEDIUM | NOT INJURED | No | CASUAL/CLEAN | HEAVY | STRAIGHT |

| Speech | Demeanor | Mask | Glasses |
|---|---|---|---|
| FEMALE VOICE/LOUD | ANGRY/IRRATIONAL | NO MASK | NO GLASSES |

| Body Clothing | Arr Res Status | OFN JRN | Offender Cond |
|---|---|---|---|
| DRESS PANTS/SHOES/SWEATER | RESIDENT | 1 | APPARENTLY NORMAL |

| Type | Address | City |
|---|---|---|
| HOME ADDRESS | [redacted] | [redacted] |

| State | ZIP Code |
|---|---|
| NEW YORK | [redacted] |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE/STATE ID CARD | [redacted] | NEW YORK |

| Type | ID No |
|---|---|
| SOCIAL SECURITY NUMBER | [redacted] |

| Phone Type | Phone No |
|---|---|
| HOME | [redacted] |

| Description of Shirt | Description of Pants | Description of Shoes |
|---|---|---|
| BLACK LONG SLEEVE SWEATER | BLACK DRESS PANTS | YELLOW SHOES |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Status |
|---|---|---|---|---|
| SUMMARY ARREST | CRIME IN PROGRESS | 05/06/2013 | 18:25:00 | HELD |

| Arrest Location | Fingerpnt Taken? | Mug? | Mult? |
|---|---|---|---|
| 21 JAMAICA STATION | Yes | Yes | No |

| Armed | Multi-arrests |
|---|---|
| NONE/NOT APPLICABLE | NOT APPLICABLE |

| Charge | Charge Literal | A/C | Theft Type |
|---|---|---|---|
| NY PL 165.15 03 AMD | INTENT/FRAUD OBT TRA | C | 09 |
| NY PL 240.20 02 OVO | DIS/CON:UNREASONABLE | C | |

### ASSISTING OFFICER 1: PO REILLY,MATTHEW

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

Name: PO REILLY,MATTHEW

| Type | ID No |
|---|---|
| PD SHIELD | 2458 |

| Phone Type | Phone No |
|---|---|
| BUSINESS | (718)725-6121 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT / DISTRICT # 3 | OFFICER |

### ASSISTING OFFICER 2: PO OLIVARES,JOUAN

| Involvement | Seq | Type |
|---|---|---|
| ASSISTING OFFICER | 2 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

Name: PO OLIVARES,JOUAN

| Type | ID No |
|---|---|
| PD SHIELD | 2543 |

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 3 of 23 |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

13-6279

Supplement No: ORIG

| Phone Type | Phone No |
|---|---|
| BUSINESS | (718) 725-6121 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT / DISTRICT # 3 | OFFICER |

## EMPLOYEE-LIRR 1: GARDINER,BENJAMIN

| Involvement | Seq | Type | Name | MNI |
|---|---|---|---|---|
| EMPLOYEE-LIRR | 1 | INDIVIDUAL | GARDINER,BENJAMIN | 525317 |

| Type | ID No |
|---|---|
| EMPLOYEE ID-LIRR | 52038 |

| Phone Type | Phone No | Phone Type | Phone No |
|---|---|---|---|
| BUSINESS | (718) 558-8216 | CELLULAR PHONE | (516) 807-4403 |

| Employer/School |
|---|
| LIRR TRANSPORTATION MANAGER |

## EMPLOYEE-LIRR 2: MANCINI,JOHN

| Involvement | Seq | Type | Name | MNI |
|---|---|---|---|---|
| EMPLOYEE-LIRR | 2 | INDIVIDUAL | MANCINI,JOHN | 498681 |

| Type | ID No |
|---|---|
| EMPLOYEE ID-LIRR | 50648 |

| Phone Type | Phone No |
|---|---|
| BUSINESS | (718) 558-8218 |

| Employer/School | Position/Grade |
|---|---|
| LONG ISLAND RAIL ROAD | CONDUCTOR |

## MEMBER OF SERVICE-MTA 1: PO BRODERICK,ELOISE

| Involvement | Seq | Type |
|---|---|---|
| MEMBER OF SERVICE-MTA | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name |
|---|
| PO BRODERICK,ELOISE |

| Type | ID No |
|---|---|
| PD SHIELD | 2302 |

| Phone Type | Phone No |
|---|---|
| BUSINESS | (718) 725-6121 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT / DISTRICT # 3 | OFFICER |

## MEMBER OF SERVICE-MTA 2: PO HAGGERTY,MICHAEL

| Involvement | Seq | Type |
|---|---|---|
| MEMBER OF SERVICE-MTA | 2 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

| Name |
|---|
| PO HAGGERTY,MICHAEL |

| Type | ID No |
|---|---|
| PD SHIELD | 2331 |

| Phone Type | Phone No |
|---|---|
| BUSINESS | (718) 725-6121 |

| Employer/School | Position/Grade |
|---|---|
| MTA POLICE DEPT / DISTRICT # 3 | OFFICER |

## VICTIM/COMPLAINANT 1: SOCIETY

| Involvement | Seq | Type | Name |
|---|---|---|---|
| VICTIM/COMPLAINANT | 1 | SOCIETY/PUBLIC/PSNY | SOCIETY |

## IBRS Info

| Victim Seq | Offense Codes |
|---|---|
| 1 | 1/2 |

| Rel | Involvement | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| | ARR | 1 | GARRIS,TANIKO | B | F | |

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 4 of 23 |

Supervisor Signature

# Incident Report

# M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

## Property

| Item | Involvement | In Custody? | Serial No | Value |
|---|---|---|---|---|
| 1 | EVIDENCE | Yes | 305485 | $1.00 |

Description: 1 LIRR SPOUSE TRANSPORTATION PASS. Typ: A

Cat: D-LIC, EMP PASS, ID, MILITARY ID, SS CARD, | Article: PASS | Brand: LIRR | Model: TRANSPORT

NYSIBR Type: NON-NEGOTIABLE INSTRUMENTS | # Pieces: 1

| Link | Involvement | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ARR | ARR | 1 | GARRIS, TAMIKO | B | F | [redacted] |
| VIC | VIC | 1 | SOCIETY | | | |
| REP | EML | 2 | MANCINI, JOHN | | | |

| Item | Involvement | In Custody? | Value |
|---|---|---|---|
| 2 | SAFEKEEPING | Yes | $0.00 |

Description: 1 PHOTO OF PRISONER PERSONAL PROPERTY FORM. | Typ: A | Cat: PHOTOS | Article: PHOTO

NYSIBR Type: PERSONAL PAPERS | # Pieces: 1

| Link | Involvement | Seq | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| ORN | ARR | 1 | GARRIS, TAMIKO | B | F | 10/17/1971 |
| VIC | VIC | 1 | SOCIETY | | | |

## Modus Operandi

Gang Act? No | Physical Evidence: PHOTOS

Premise Type: STATION/TERMINAL/LINE STATION/TRAIN-ON BOARD-LIRR PASSENGER | Arson Inhabited? No

Theft Type: ALL OTHER LARCENIES/THEFT NOT LISTED

Suspect Action: ACTED, ALONE

## Narrative

On Monday, May 6, 2013 at approximately 1825 hrs, Central advised of a possible fare dispute on-board LIRR train # 2076, car # 7663. Assigned officers responded to track # 6 at Jamaica Station where the train was due to platform. Upon the trains arrival into the station, the LIRR train conductor (Mancini,John) informed the officers that as he was in the process of collecting fares and inspecting commutation tickets, an adult female passenger displayed what appeared to be a photo LIRR transportation pass to him. He stated that when she displayed the pass, she flashed it to him very quickly so that he could barely view it and she immediately tucked it away in her purse. He advised that he asked her several times to please display the pass again so that he could properly inspect it and she adamantly refused to do so stating "You already saw it. I showed it to you before and I ain't showing it to you again".

The female passenger who was later identified by a valid New York State Driver License as (Garris,Tamiko) was asked several times by the officers on scene to please display the LIRR transportation pass that she previously displayed to the LIRR train conductor (Mancini,John), but she refused to do so. The LIRR transportation manager (Gardiner,Benjamin) also requested to inspect the pass and she again adamantly refused to display it.

At this time she became irate and began to shout at an exceedingly loud tone towards the train conductor and the officers on scene which caused the other passengers on the peak rush hour train to stop and take notice of her actions and behavior while appearing surprised and alarmed.

After several requests, the female passenger (Garris,Tamiko) de-trained onto platform "D" at Jamaica Station. While on the platform level, she was asked to refrain from shouting and speaking over the officers on scene, but refused to do so. The LIRR transportation pass was again requested and once again she refused to display the pass to the officers on scene or the LIRR transportation manager (Gardiner,Benjamin).

The female subject was taken into Police custody and was rear handcuffed for her own safety and the safety of

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU, ROBERT | 05/20/2013 13:01 | Page 5 of 23 |

Supervisor Signature

**Incident Report** 13-6279 Supplement No ORIG

**M.T.A. POLICE DEPARTMENT**

**Narrative**

the officers on scene.

Subsequently, the female subject (Garris,Tamiko) was escorted to MTA Police District # 3 Base for arrest processing.

While in the Police district, a NYSPIN / E-Justice check was conducted through the communications unit with negative results. No DNA sample required from E-Justice.

The defendant (Garris,Tamiko) was charged with the following:
1 count of New York State Penal Law section (165.15) subdivision (3) "Theft of services".
1 count of New York State Penal Law section (240.20) subdivision (2) "Disorderly conduct - unreasonable noise".

Digital photographs of the LIRR spouse transportation pass were taken and were uploaded to this case report.

The LIRR spouse transportation pass (Pass # 305485 , BSC # 1023538, Employee # 50351) that was in her possession was confiscated and was forwarded to the LIRR pass bureau.

Digital photographs of the prisoner property inventory form were taken and were uploaded to this case report.

The female defendant (Garris,Tamiko) was transported to Queens Central Booking by P.O. Broderick shield # 2331 and P.O. Shek shield # 2353 where she was lodged pending arraignment by a presiding judge.

The following forms were prepared and were uploaded to this case report:
1)NYPD Omniform system - Arrest worksheet.
2)Prisoner property inventory form.
3)Evidence property voucher.
4)Physical condition of defendant questionnaire.
5)Suicide prevention screening guidelines.
6)Queens District Attorney (QDA) affidavit.

MTAPD Arrest # 13-15687
NYPD Arrest # Q13627128-Q
NYPD Fax # QO021042
MTAPD personal property voucher bag # P7420
MTAPD evidence / property bag # E9020
Booking # 13-00088-03 (A)
RICI # 104028
NYSID # 12268670-Q

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAD,ROBERT | 05/20/2013 13:01 | Page 6 of 23 |
| Supervisor Signature | | |

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No
ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 07:56:59 | M86460 | PHOT | TAMIKO GARRIS |

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 7 of 23 |

Supervisor Signature

**Incident Report** 13-6279 Supplement No ORIG

**M.T.A. POLICE DEPARTMENT**

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 07:57:58 | M86460 | PHOT | TAMIKO GARRIS |

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 8 of 23 |
| Supervisor Signature | | |

**Incident Report**
**M.T.A. POLICE DEPARTMENT**

13-6279

Supplement No
ORIG

Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 07:58:22 | M86460 | PHOT | TAMIKO GARRIS |

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 9 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No: ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:19:17 | M86460 | COPY | BOOKING DATA SHEET |

### M.T.A. Police Department
### Booking Data Sheet

Report Date: [illegible]
Booking Status: [illegible]
Report Printed By: [illegible]
Page: 1 of 1

Master Name: [illegible]
Date of Birth: [illegible]
Age: [illegible]
Booking Name: [illegible]
Home Address: [illegible] STREET, N BABYLON NY 11704 US

Place Of Arrest: [illegible] BLVD, JAMAICA NY 11432 US

Arrest Type: [illegible]
Status at Arrest: [illegible]
Condition at Arrest: [illegible]
Items Seized at Arrest:

Charges:

| Law | Section | Sub Law Description | Attempt | Counts | Class | Category |
|---|---|---|---|---|---|---|
| PL | [illegible] | [illegible] | N | 1 | A | M |
| PL | [illegible] | [illegible] | N | 1 | | V |

Booking Start Time: [illegible] Booking #: [illegible] NYSID #: [illegible]
Booking End Time: [illegible] CJTN: [illegible] FBI #:
Arrest Date/Time: [illegible] Arrest #: NYSID #: [illegible]

Caution Notes: [ ] [illegible] [ ] Escape Risk [ ] Suicidal [ ] Contagious Disease [ ] Violent [ ] Resists Arrest [ ] Violent When Intoxicated [ ] Mental Instability

Sex: [illegible] Hair Color: [illegible] Weight: [illegible]
Race: [illegible] Hair Type: [illegible] Height: [illegible]
Ethnicity: [illegible] Eyes: [illegible] Build: [illegible]
Complexion: [illegible] Skin Tone: [illegible]
Eye Defects:
Facial Features:
Disability:
S/M/T: [illegible]

Identification: [illegible]
Resident: [illegible]
Soc. Security #: [illegible]
Marital Status: [illegible]
Education: [illegible]

Arresting Officer: [illegible] RAU, ROBERT
Assisting Officer: [illegible] REILLY, MATTHEW J
Fingerprinted: [illegible]

Booking Comments:

Right Index Thumb

Signature of Arrestee:

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU, ROBERT | 05/20/2013 13:01 | Page 10 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:19:52 | M86460 | COPY | EVIDENCE/PROPERTY VOUCHER |

Metropolitan Transportation Authority
POLICE DEPARTMENT
EVIDENCE / PROPERTY VOUCHER

DO NOT USE THIS FORM FOR [illegible] PRISONER'S PERSONAL PROPERTY HELD FOR SAFEKEEPING.

PAGE 1 of 1

DATE PREPARED 05/08/13 CASE NO. 13-6279 DO CASE NO. Ø

| Vouchering Officer (Print Last - First) | Rank | Shield No. | Employee ID No. | Zone | District |
|---|---|---|---|---|---|
| Rau, Robert | P/O | [illegible] | [illegible] | 1 | 3 |

Defendant (Print Last - First) when applicable: Rivera Garcia, Tamika

Property Recovered or Found by (Print Last - First):

| Property Owner's Name (If Known) | Address |
|---|---|
| Long Island Rail Road | 93-59 183rd Street 4th Floor Jamaica NY 11423 |

Is Property Owner Notified: ☒ YES ☐ NO Date Notified: [illegible] Time Notified: 1905 HRS

CHECK ONE BOX ONLY: ☒ Arrest Evidence ☐ Investigation ☐ Decedent's Property ☐ Found Property ☐ Other

| Item No. | Quantity | ARTICLE DESCRIPTION | Disposition of Property | Date of Disposition | Authority of |
|---|---|---|---|---|---|
| 1 | 1 | Long Island Rail Road Transportation Pass, Pass # [illegible] / [illegible] # 10285[illegible] / Employee # 58[illegible] (Spouse). | [illegible] | 05/08/13 | |
| XXXX | XXXX | XXXXXXXXXXXX | XXXX | XXXX | XXXX |

ADDITIONAL INFORMATION / INSTRUCTIONS:

Above is a complete and total list of all items vouchered as evidence.

| Vouchering Officer's (Print Last - First) | Shield No. | Vouchering Officer's Signature | Supervisor's Signature | Shield No. |
|---|---|---|---|---|
| Rau, Robert | [illegible] | Ro. Rau | [signature] | [illegible] |

ATTACH TO PROPERTY

MTAPD Form - 11

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU, ROBERT | 05/20/2013 13:01 | Page 11 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:20:48 | M86460 | COPY | PHYSICAL COND. OF DEFENDANT QUEST. |

2013-6279

Metropolitan Transportation Authority
POLICE DEPARTMENT
PHYSICAL CONDITION OF DEFENDANT QUESTIONAIRE

INSTRUCTIONS:
Officers will prepare this form for all arrests, juvenile custodials, and all persons who are subsequently released or turned over to another command or jurisdiction.

This form is not intended for field interviews/stops and question incidents. The physical condition of subjects stopped and released after brief field interviews shall be recorded on the Stop and Question Worksheet.

Are you in good health? ☒ Yes ☐ No    Do you have any injuries? ☐ Yes ☒ No

If yes, describe injuries: N/A

When, where and how did you receive these injuries? N/A

Have you been drinking any alcoholic beverages? ☐ Yes ☒ No    If yes, when, what and how much did you drink?

N/A

Do you use drugs? ☐ Yes ☒ No    If yes, what drugs do you use?

N/A

When did you use drugs last? N/A

Do you need a doctor? ☐ Yes ☒ No    If yes, why?

N/A

DEFENDANT
I have read the above questions and I certify that the answers are mine and they are true.

Signature of Defendant: [signature]    Date: 5-7-13

Report Officer: R86746/RAU,ROBERT

Printed At: 05/20/2013 13:01

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No: ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:21:35 | MB6460 | COPY | SUICIDE PREVENTION SCREENING FORM |

2013-6279

Form [illegible]

State of New York
COMMISSION OF CORRECTION
[illegible]

SUICIDE PREVENTION SCREENING GUIDELINES

| Prisoner's Name | [redacted] | Most Serious Charge | Date | |
|---|---|---|---|---|
| Garcia, Jan[illegible] | | TOS / Dis Con | 05-06-13 | [illegible] |
| Name of Facility: [illegible] | Officer: Sgt [illegible] | [illegible] YES [illegible] NO | | |

[illegible]

| | Column A YES | Column B NO | General Comments/Observations All "YES" Responses Require Note to Comments |
|---|---|---|---|
| [illegible] 1. [illegible] | | X | |
| 2. [illegible] | [illegible] | X | |
| 3. [illegible] | X | | [illegible] |
| 4. [illegible] | | | |
| 5. [illegible] | | X | |
| 6. [illegible] | | X | |
| 7. [illegible] | | X | |
| 8. [illegible] | | X | |
| 9. [illegible] | | X | |
| 10a. [illegible] | | X | |
| b. [illegible] | | X | |
| 11. [illegible] | | X | |
| 12. [illegible] | | X | [illegible] |
| [illegible] 13. [illegible] | | X | |
| 14. [illegible] | | X | |
| 15. [illegible] | | X | |
| [illegible] | | X | |
| b. [illegible] | | X | |
| c. [illegible] | | | |

[illegible]: X

Officer's Comments/Impressions: [signature]

Actions: [illegible]

[illegible]: YES X NO ___

Supervisor Notified: YES X NO ___

[illegible] YES ___ NO ___ | [illegible] | [illegible]

Signature and Badge Number of Screening Officer: [signature]

Signature and Badge Number of Supervisor/Officer [illegible]: ___

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 13 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No: ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:22:40 | MB6460 | COPY | PRISONER PROP. INVENTORY FORM PAGE #1 |

Metropolitan Transportation Authority
POLICE DEPARTMENT
PRISONER PROPERTY INVENTORY FORM

DO NOT USE THIS FORM FOR VOUCHERING ARREST EVIDENCE, INVESTIGATION ITEMS, DECEDENT'S PROPERTY, OR FOUND PROPERTY.

PAGE 1 of 3

DATE PREPARED 05/06/13 CASE NO. 13-6279 DD CASE NO. Ø

| Arresting Officer (Print Last, First) | Rank | Shield No. | Employee ID No. | Zone | Dist |
|---|---|---|---|---|---|
| Rau, R | Police Officer | 2330 | 86746 | 1 | 3 |

Prisoner (Print Last, First): Garris, [illegible]

| Item No. | Quantity | Article Description | Disposition of Property | | Date of Disposition | Prisoner's Initials |
|---|---|---|---|---|---|---|
| 1 | 1 | Silver metal with clear stone ring | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 2 | 2 | Silver round earrings | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 3 | 1 | [illegible] Sunglasses | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 4 | 1 | [illegible] phone [illegible] | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 5 | 1 | [illegible] [illegible] | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 6 | 1 | [illegible] car key | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 7 | 1 | [illegible] | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 8 | 1 | [illegible] car [illegible] | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 9 | 1 | [illegible] | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 10 | [illegible] | [illegible] Bank checks | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 11 | 1 | [illegible] | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 12 | 1 | [illegible] card | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 13 | 1 | [illegible] of [illegible] | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 14 | [illegible] | [illegible] cards | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☑ Vouchered for Safekeeping ☐ Other (Explain Below) | 5/06/13 | |
| 15 | [illegible] | [illegible] yellow metal keys | ☐ Destroyed / Discarded ☐ Returned to Prisoner | ☐ Vouchered for Safekeeping ☐ Other (Explain Below) | __/__/__ | |

ADDITIONAL DISPOSITION / INSTRUCTIONS

| Vouchering Officer's (Print Last, First) | Shield No. | Vouchering Officer's Signature | Supervisor's Signature | |
|---|---|---|---|---|
| Rau, Robert | 2330 | [signature] | [signature] | |

| Item No(s) | Date | Time | Officer's Name (Print Last, First) | Shield No. | Officer's Signature |
|---|---|---|---|---|---|
| | | | | | |

| Name of Person [illegible] (Print Last, First) | Address | [illegible] | [illegible] |
|---|---|---|---|
| | | | |

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU, ROBERT | 05/20/2013 13:01 | Page 14 of 23 |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:23:43 | MB6460 | COPY | PRISONER PROP. INVENTORY FORM PAGE #2 |

Metropolitan Transportation Authority
POLICE DEPARTMENT
PRISONER PROPERTY INVENTORY FORM

DO NOT USE THIS FORM FOR VOUCHERING ARREST EVIDENCE, INVESTIGATION ITEMS, DECEDENT'S PROPERTY, OR FOUND PROPERTY.

PAGE 2 of 3

DATE PREPARED 5/06/13 CASE NO. 13-6279 DD CASE NO. Ø

| Arresting Officer (Print Last, First) | Rank | Shield No. | Employee ID No. | Zone | District |
|---|---|---|---|---|---|
| Rau, R | Police Officer | 2330 | 86746 | 1 | 3 |

Prisoner (Print Last, First): Garris, Hiroko

| Item No. | Quantity | Article Description | Disposition of Property | Date of Disposition | Prisoner's Initials |
|---|---|---|---|---|---|
| 16 | 1 | Bottle of Hand Sanitizer | Vouchered for Safekeeping | 5/06/13 | |
| 17 | 1 | Chase Visa [illegible] #4207 [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 18 | 1 | Social Security Card [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 19 | 6 | Quarters US Currency | Vouchered for Safekeeping | 5/06/13 | |
| 20 | 2 | Dimes US Currency | Vouchered for Safekeeping | 5/06/13 | |
| 21 | 2 | Pennies US Currency | Vouchered for Safekeeping | 5/06/13 | |
| 22 | 1 | Nickel US Currency | Vouchered for Safekeeping | 5/06/13 | |
| 23 | 11 | [illegible] of [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 24 | 1 | [illegible] Card [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 25 | 1 | [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 26 | 1 | [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 27 | 1 | [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 28 | 1 | [illegible] Card [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 29 | 1 | [illegible] Card [illegible] | Vouchered for Safekeeping | 5/06/13 | |
| 30 | 1 | [illegible] | Vouchered for Safekeeping | 5/06/13 | |

ADDITIONAL DOCUMENTATION / CERTIFICATIONS

Vouchering Officer: Rau, Robert — Shield No. 2330

RETURN OF ITEMS RELINQUISHED

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 15 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:24:13 | M86460 | COPY | PRISONER PROP. INVENTORY FORM PAGE #3 |

Metropolitan Transportation Authority
POLICE DEPARTMENT
PRISONER PROPERTY INVENTORY FORM

DO NOT USE THIS FORM FOR VOUCHERING ARREST EVIDENCE, INVESTIGATION ITEMS, DECEDENT'S PROPERTY, OR FOUND PROPERTY.

PAGE 3 of 3

DATE PREPARED 5/06/13 CASE NO. 13-6279 DD CASE NO. Ø

| Arresting Officer | Rank | Shield No. | Employee ID No. | Zone | District |
|---|---|---|---|---|---|
| Rau, R | Police officer | 2330 | 86746 | 1 | 3 |

Prisoner (Last, First): [illegible], Tamiko

| Item No. | Quantity | Article Description | Disposition of Property | | Date of Disposition | Prisoner's Initials |
|---|---|---|---|---|---|---|
| 31 | 1 | Black leather handbag | | Vouchered for safekeeping | 5/06/13 | |
| 32 | 1 | Brown cloth purse | | Vouchered for safekeeping | 5/06/13 | |
| 33 | 1 | Miscellaneous personal papers | | Vouchered for safekeeping | 5/06/13 | |
| 34 | 2 | Pins | | Vouchered for safekeeping | 5/06/13 | |
| 35 | 1 | Black elastic hair band | | Vouchered for safekeeping | 5/06/13 | |
| 36 | 1 | Yellow [illegible] metal [illegible] | | Vouchered for safekeeping | 5/06/13 | |
| X | X | X X X X | | | | |

ADDITIONAL DISPOSITION / INSTRUCTIONS

| Vouchering Officer (Print Last, First) | Shield No. | Vouchering Officer's Signature | Supervisor's Signature | Shield No. |
|---|---|---|---|---|
| Rau, Robert | 2330 | [signature] | [signature] | [illegible] |

RETURN OF PROPERTY VOUCHERED

| Item No. | Date | Time | Officer's Name (Print Last, First) | Shield No. | Officer's Signature |
|---|---|---|---|---|---|
| | | | | | |

| Name of Person Receiving Property (Print Last, First) | Address | Telephone Number | Signature |
|---|---|---|---|
| | | | |

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 16 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:24:42 | MB6460 | COPY | RECEIPT AND RELEASE OF PROPERTY FORM |

Metropolitan Transportation Authority
POLICE DEPARTMENT
RECEIPT AND RELEASE OF PROPERTY

DO NOT USE THIS FORM FOR [illegible]

PAGE 1 of 1

DATE PREPARED 5/6/13 CASE NO. 13-6279 DD CASE NO.

Property Recovered or Found by: PO Quinones
Address: 144-41 94 Ave Jamaica NY
Telephone Number: (718) 725-6121
Property Owner's Name: Garris, Tamiko [redacted]

Location where recovered: 144-41 94 Ave Jamaica NY 11435

Date Notified: 5/6/13

The Owner was notified by: ☐ Telephone ☐ Certified Mail ☐ Fax Machine ☒ Other: In person

| Item No. | Quantity | ARTICLE DESCRIPTION |
|---|---|---|
| 1 | 4 | 10 Dollar U.S.C. |
| 2 | 1 | 5 Dollar U.S.C. |
| 3 | 4 | 1 Dollar U.S.C. |
| | | The above is a complete list of items vouchered |

Additional Information:

Recovering Officer's Signature: PO [signature]
Witness: [signature]
Supervisor's Signature: [signature]

PROPERTY RELEASE
Under penalty of perjury I, Tamiko H Garris (Print) hereby identify the property described above as the property belonging to me and having requested its return, hereby acknowledge receipt of said property which was delivered into my possession by a police officer of the MTA Police Department on the 6th day of May 20 13 at [illegible] 144-41 94 Ave Jamaica NY 11435 (Location)

Signature [signature] (Claimant) [signature] (Witness)

*Strike those not pertinent

Report Officer: R86746/RAU, ROBERT
Printed At: 05/20/2013 13:01
Page 17 of 23
Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No: ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:36:20 | M86460 | COPY | AFFIDAVIT PAGE #1 |

Q13627128

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK
V.
TAMIKO GARRIS (F37)
DEFENDANT

STATE OF NEW YORK
COUNTY OF QUEENS
SS.:

POLICE OFFICER ROBERT RAU OF LONG ISLAND RAILRD, TAX REG#: 867460, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT MAY 6 2013 AT ABOUT 6:40PM, INSIDE OF 93-02 SUTPHIN BOULEVARD (LIRR), COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 195.05 (AM) OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 240.20-2 (V) DISORDERLY CONDUCT

---

PL 195.05 (AM) OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE - (DNA SAMPLE REQUIRED UPON CONVICTION)
--- A PERSON IS GUILTY OF OBSTRUCTING GOVERNMENTAL ADMINISTRATION WHEN HE INTENTIONALLY OBSTRUCTS, IMPAIRS, OR PERVERTS THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENTS OR ATTEMPTS TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER CIRCUMSTANCES EVINCING THE ACTOR'S INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION.)

PL 240.20-2 (V) DISORDERLY CONDUCT
--- WITH INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM, OR RECKLESSLY CREATING A RISK THEREOF, MAKE UNREASONABLE NOISE.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY LONG ISLAND RAILROAD (LIRR) TRAIN CONDUCTOR NANCINI BADGE #50648, THAT ON THE ABOVE MENTIONED DATE, TIME AND PLACE OF OCCURRENCE THE DEFENDANT, TAMIKO GARRIS, ENTERED LONG ISLAND RAILROAD TRAIN #2076 AT PENN STATION.

| Report Officer | Printed At | |
|---|---|---|
| 886746/RAU,ROBERT | 05/20/2013 13:01 | Page 19 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No: ORIG

**Images**

| Date | Time | Officer | Type | Description |
| --- | --- | --- | --- | --- |
| 05/07/2013 | 08:36:57 | M86460 | COPY | AFFIDAVIT PAGE #2 |

[illegible] 01362712[illegible]

DEPONENT IS FURTHER INFORMED BY LIRR TRAIN CONDUCTOR THAT WHEN SAID TRAIN ARRIVED AT JAMAICA STATION THE DEFENDANT REFUSED TO LET THE TRAIN CONDUCTOR INSPECT HER TRANSPORTATION PASS.

DEPONENT FURTHER STATES THAT THE DEFENDANT REFUSED TO SHOW DEPONENT SAID TRANSPORTATION PASS AFTER BEING ASKED SEVERAL TIMES.

DEPONENT FURTHER STATES THAT THE DEFENDANT BEGAN YELLING ON THE TRAIN AND REFUSED TO EXIT SAID TRAIN WHEN ASKED BY DEPONENT WHICH CAUSED OTHER PASSENGERS TO BECOME ALARMED.

DEPONENT FURTHER STATES THAT HE IS A LEGAL CUSTODIAN OF THE LONG ISLAND RAILROAD (LIRR) AND SAID TRAIN AND THAT THE DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO ENTER OR REMAIN ON SAID TRAIN WITHOUT PAYING THE LAWFUL FARE OR DISPLAYING HER TICKET UPON REQUEST.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

05/06/13 [signature]

DATE SIGNATURE

SWORN TO BEFORE ME ON THE DAY OF

DATE SIGNATURE

| Report Officer | Printed At | |
| --- | --- | --- |
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 20 of 23 |

Supervisor Signature

# Incident Report
# M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

## Images

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:37:18 | MB6460 | COPY | OMNI PAGE 01 |

ARREST Report - Q13627128 Page 1 of 3

**New York City Police Department**

**Omniform System - Arrests**

RECORD STATUS: ARR PRC CMPL | Arrest ID: Q13627128 - Q

Arrest Location: INSIDE OF 93-002 SUTPHIN BOULEVARD | Pct: 103

Arrest Date: 05-05-2013 Processing Type: ON LINE

Time: 18:40:00 DCJS Fax Number: [illegible]

Sector: F Special Event Code: NO

Strip Search Conducted: NO DAT Number: 0

Vice Initiated Arrest: NO

Stop And Frisk: NO Return Date: [illegible]

Serial #: [illegible]

ARREST DATA - COMPLAINT NOT REQUIRED

Jurisdiction: [illegible] NYC School Safety Data: NYC Transit Data:

Premises: TRANSIT FACILITY (OTHER) On School Property: Station:

Weapon Used/Possessed: OTHER School Type: Line(s):

Occurrence Date/Time: 2013-05-05 - 18:40 School Name: Location:

NYC Housing Development: School Name:

Occurrence Location: INSIDE OF 93-02 SUTPHIN BOULEVARD Borough: QUEENS

CHARGES | Arrest ID: Q13627128

| Charge | Attempt | Law Code | Class | Type | Counts | Description |
|---|---|---|---|---|---|---|
| TOP | NO | PL 165.15 03 | A | | 1 | INTENT/FRAUD OBT TRANS W/O PAY |
| 002 | NO | PL 240.20 02 | V | 0 | 1 | DIS/CON: UNREASONABLE NOISE |

| [illegible] | # Injured: 00 | # Fatalities: 00 | Test Given: | BAC: | [illegible] |
|---|---|---|---|---|---|

DETAILS | Arrest ID: Q13627128

[illegible]

DEFENDANT: HARRIS, TAMIKO | Nickname: | Arrest ID: Q13627128

| | | |
|---|---|---|
| Aka/Maiden: | Height: 5FT 0IN | Order Of Protection: NO |
| Sex: FEMALE | Weight: 200 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 41 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: [illegible] | Hair Length: LONG | Relation to Victim: [illegible] |
| US Citizen: YES | Hair Style: STRAIGHT | Living together: NO |
| Place Of Birth: USA | Skin Tone: MEDIUM | Can be Identified: NO |
| Is this person not Proficient in English: NO | Complexion: CLEAR | |
| If Yes, Indicate Language: | | |
| Accent: NO | Soc. Security #: | |
| | Occupation: NONE | Gang/Crew Affiliated: NO |
| Identification ID: NYS Driver's License or Permit | | Name: |
| Identification #: [illegible] | | Identifiers: |
| Physical Condition: APPARENTLY NORMAL | Gun Permit Type: | |
| Drug Used: NONE | Lic/Permit: | |

http://omniform/omniform/globalreports/webFocusReport.do?sealRep=Y&IBIF_ex=VIEW_ 5/6/2013

| Report Officer | Printed At | |
|---|---|---|
| RB6746/RAU, ROBERT | 05/20/2013 13:01 | Page 21 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No: ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:37:43 | M86460 | COPY | OMNI PAGE #2 |

ARREST Report - Q13627128 Page 2 of 3

LOCATION ADDRESS CITY STATE/CNTRY ZIP APT/ROOM PCT

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: NO On Duty: NO
Development: N.Y.C. Transit Employee: NO

Physical Force: NONE

Gun:
Weapon Used/Possessed: NONE Make: Recovered:
Non-Firearm Weapons: Color: Serial Number Defaced:
Other Weapon Description: Caliber: Serial Number:
Type:
Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Posess:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | [illegible] |
| CLOTHING | FOOTWEAR - [illegible] - YELLOW |
| CLOTHING | ACCESSORIES - [illegible] - BLACK |
| CLOTHING | OUTERWEAR - SWEATER OR VEST - BLACK |
| CLOTHING | HEADGEAR - [illegible] - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | UNKNOWN |
| BODY [illegible] | UNKNOWN |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:** Arrest #: Q13627128

Juvenile Offender: [illegible] Relation: [illegible]
Number Of Priors: [illegible]
School Attending: [illegible]
[illegible] School Name: [illegible]

**ASSOCIATED ARRESTS:** Arrest #: Q13627128

ARREST ID: [illegible]

**DEFENDANT'S CALLS:** Arrest #: Q13627128

CALL # NUMBER DIALED [illegible]
1 -- REFUSED

**INVOICES:** Arrest #: Q13627128

INVOICE [illegible] PROPERTY TYPE VALUE

**ARRESTING OFFICER: ROBERT RAU** Arrest #: Q13627128

Tax Number: [illegible] On Duty: YES
Other ID (non-NYPD): [illegible] In Uniform: YES
Shield: 0 Squad: 1
Department: [illegible] Chart: [illegible]
Command: [illegible] Assignment:

Force Used: NO
Type:
Reason:
Officer Injured: NO

http://omniform/omniform/globalreports/WebFocusReport.do?sealRec=Y&IBIR_ex=VIEW... 5/6/2013

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 22 of 23 |

Supervisor Signature

# Incident Report
## M.T.A. POLICE DEPARTMENT

13-6279

Supplement No ORIG

**Images**

| Date | Time | Officer | Type | Description |
|---|---|---|---|---|
| 05/07/2013 | 08:38:08 | M86460 | COPY | OMNI PAGE #3 |

ARREST Report - Q13627128

Page 3 of 3

| Arresting Officer Name: RAU, ROBERT | Tax #: 886746 | Command: | Agency: LIRR |
|---|---|---|---|
| Supervisor Approving: MCDERMOTT CHR | Tax #: 886460 | Command: | Agency: LIRR |
| Report Entered by: PO BUTLER, GREG | Tax #: 861386 | Command: EU | Agency: NYPD |

END OF ARREST REPORT
Q13627128

Print this Report.

http://omniform/omniform/globalreports/webFocusReport.do?sealRec=Y&MBIF_ex=VIEW... 5/8/2013

| Report Officer | Printed At | |
|---|---|---|
| R86746/RAU,ROBERT | 05/20/2013 13:01 | Page 23 of 23 |

Supervisor Signature

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK** **Index No.: 13-CV-9034**

---

**TAMIKO GARRIS-RIVERS,**

**Plaintiff,**

**- against -**

**THE CITY OF NEW YORK, a municipal entity, THE LONG ISLAND RAIL ROAD, THE METROPOLITAN TRANSPORTATION AUTHORITY, MTA EMPLOYEES "JOHN DOES 1-5", LIRR EMPLOYEES "1-5", and NEW YORK CITY POLICE OFFICERS "John Does 1-5",**

**Defendants.**

---

## NOTICE OF EXAMINATION and SUBPOENA

---

**BEE READY FISHBEIN HATTER & DONOVAN, LLP**
***Attorneys for Defendants MTA/LIRR***
**Office and Post Office Address, Telephone**
**170 Old Country Road-Suite 200**
**Mineola, New York 11501**
**(516) 746-5599 - Fax No. (516) 746-1045**

---

**To:**
**Attorney(s) for**

---

**Service of a copy of the within is hereby admitted.**

**Dated:**

**Attorney(s) for**

---

**Sir:-Please take notice**
**Notice of Entry**
**that the within is a (certified) true copy of an Order duly entered in the office of the clerk of the within named court on , 20 .**
**Notice of Settlement**
**that an order-, the within is a true copy will be presented for settlement to the , one of the Judges of the within named court, at Mineola, New York on , 20 at 9:30, a.m.**

**Dated:**

**Yours, etc.**
**BEE READY FISHBEIN HATTER & DONOVAN, LLP**
***Attorneys for Defendants MTA/LIRR***
**170 Old Country Road-Suite 200**
**Mineola, New York 11501**
**(516) 746-5599 - Fax No. (516) 746-1045**