UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
TAMIKO GARRIS-RIVERS,

PLAINTIFF,

-against-

Case No.: 13CV9034

THE CITY OF NEW YORK, ET AL,

DEFENDANTS.
-----------------------------------------X

DATE: October 27, 2014

TIME: 11:10 A.M.

DEPOSITION of the Defendant, ROBERT RAU, taken by the Plaintiff, pursuant to a Court Order and to the Federal Rules of Civil Procedure, held at the offices of Diamond Reporting, Inc., 1001 Avenue of the Americas, New York, New York 10018, before BREINDY LOWENSTEIN, a Notary Public of the State of New York.

A P P E A R A N C E S:

STECKLOW, COHEN & THOMPSON, ESQS.
Attorneys for the Plaintiff
TAMIKO GARRIS-RIVERS
217 Centre Street
New York, New York 10013
BY: DAVID THOMPSON, ESQ.

BEE READY FISHBEIN HATTER & DONOVAN, LLP
Attorneys for the Defendants
THE CITY OF NEW YORK, ET AL
170 Old Country Road
Mineola, New York 11501
BY: ANDREW K. PRESTON, ESQ.

* * *

R. RAU

are referring to?

A. I would say from where we were to at least the waiting area maybe 30 feet or more, 40 feet.

Q. Can you describe the position on the Platform D where this took place.

A. We were on the west end down by the west end staircase on the platform which is toward the rear of the train and the waiting area is placed in middle of the platform.

Q. The waiting area is somewhat to the east of the west end staircase?

A. Yeah, it is. It's in middle of the east end staircase and the west end right in middle of the platform.

Q. How far is it from the west end staircase to the waiting area approximately?

A. Around 30, 40 feet.

Q. What was it that the people on the platform were doing that made you believe they were surprised or alarmed?

A. They stopped and turned. Saw

people mutter to one another. Basically a crowd almost gathering.

Q. Did people come closer to look?

A. Not necessarily, but they are definitely paying attention to what you are doing now and what's going on, who you are dealing with.

Q. Who was it that placed the handcuffs on the Plaintiff?

A. I did.

Q. What kind of cuffs did you use?

A. Hiatt department issued cuffs.

Q. How do you spell Hiatt?

A. H-I-A-T-T.

Q. These are metal handcuffs?

A. Right.

Q. Did anyone assist you with placing the handcuffs on the Plaintiff?

A. No. I did it on my own.

Q. Did you have any difficulty in doing that?

A. No. She complied.

Q. Was she cuffed in front or in back?