# DAVID A. THOMPSON
## STECKLOW COHEN & THOMPSON

21 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 23 2015

January 22, 2015

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 23 2015

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

    Re: <u>Tamiko Garris-Rivers v. The Metropolitan Transit Authority, Long Island Railroad</u>, 13-CV-9034

Dear Honorable Judge Daniels:

    The defendants, by letter docketed as item 57 on the docket and attached hereto as exhibit 1, suggested that a sanctions motion concerning the defendants' admitted loss/destruction of video of the platform where the plaintiff was arrested can be avoided by stipulation that precludes any "defense that Plaintiff's conduct on the platform at Jamaica Station provides probable cause for the arrest in this case." The plaintiff believes that this is a reasonable compromise, and will withdraw her request for the scheduling of a motion on that basis.

    The plaintiff respectfully requests that the Court so-order this letter, or, in the alternative, that the Court instruct the parties if the Court prefers that a separate stipulation be drafted and filed.

Respectfully submitted,

*/s/ David A. Thompson*
David A. Thompson