USDC �़
DOC�़
ELE⏠
DOC ⏠
DATE FIL⏠... JAN 3 0 2015

**DAVID A. THOMPSON**
**STECKLOW COHEN & THOMPSON**

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL:   (212) 566-8000
FAX:   (212) 202-4952
DAVE@SCTLAW.NYC

January 29, 2015

**SO ORDERED**

The conference is adjourned to
March 3, 2015 at 9:30 a.m.

*George B. Daniel*

HON. GEORGE B. DANIELS

**BY FAX**
Chambers of the Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
FAX:   (212) 805-6737

JAN 3 0 2015

Re:  Tamiko Garris-Rivers v. The City of New York, et al. 13-cv-09034

To the Chambers of the Hon. George B. Daniels:

I write as counsel to the plaintiff.  The parties have conferred on the matters stated in this letter and are in agreement thereon.  As per communications with chambers on January 28, 2015, the parties in the above-captioned case respectfully request that the Court adjourn the conference currently scheduled for February 6, 2015, there being no issues requiring or ripe for Court intervention at this time.  At the present time, counsel for both parties have availability to attend a rescheduled conference on March 3rd, 4th, or 5th.

Respectfully submitted,

*David A. Thompson*

David A. Thompson

1