PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

THOMAS V. PANTELIS
ROBERT G. LIPP †
ROBERT R. McMILLAN  (Retired)

*   ALSO ADMITTED IN FL
**  ALSO ADMITTED IN NJ
†   DECEASED

SENIOR ASSOCIATES

MICHAEL P. SIRAVO

ASSOCIATES

ANGELO M. BIANCO
MICHAEL KRALL
† BRIAN A. SUPER
ROBERT M. GOODSTEIN
EVELYN F. GROSS
**STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREA ANDRADE
JAMES A. CLEMONS, IV
ANDREW K. PRESTON



BRFH&D
ATTORNEYS-AT-LAW

April 8, 2015

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

**Re:** **Tamiko Garris-Rivers v. The Metropolitan Transit Authority, Long Island Railroad**
**SDNY Docket No.: 13-CV-9034**
**Our File No.: 6178-1307**

Dear Judge Daniels:

This letter is submitted jointly by Plaintiff and Defendants. On March 3, 2015, counsel for both parties appeared before Your Honor and a briefing schedule for a dispositive motion was agreed upon. The next conference before Your Honor is currently scheduled for June 30, 2015, and the dispositive motion is scheduled to be fully submitted before that date. In preparing such a motion, counsel for both parties recently noticed that the deposition transcripts for two defendants were inadvertently not provided to defense counsel. Plaintiff's counsel has already provided these transcripts, but Defendants will require time to review and correct them. Accordingly, the parties jointly request a 45 day extension of time to submit a fully briefed motion by August 14, 2015.

Thank you for your consideration

Sincerely,

Andrew K. Preston, Esq.
Bee Ready Fishbein Hatter & Donovan, LLP

Nassau County Office:  170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office:  105 Maxess Road • Suite 121 • Melville, NY  11747 • Telephone (631) 501-1030 • Fax (631) 501-5995