PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

THOMAS V. PANTELIS
ROBERT G. LIPP †
ROBERT R. McMILLAN  (Retired)

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
† DECEASED



# B R F H & D
A T T O R N E Y S-A T-L A W

SENIOR ASSOCIATES

MICHAEL P. SIRAVO

ASSOCIATES

ANGELO M. BIANCO
MICHAEL KRALL
† BRIAN A. SUPER
ROBERT M. GOODSTEIN
EVELYN F. GROSS
\*\*STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREA ANDRADE
JAMES A. CLEMONS, IV
ANDREW K. PRESTON

June 29, 2015

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

**By ECF and Fax to (212) 805-6737**

**Re:    Tamiko Garris-Rivers v. The Metropolitan Transit Authority, Long Island Railroad
SDNY Docket No.: 13-CV-9034
Our File No.: 6178-1307**

Dear Judge Daniels:

     We represent the Defendants in the above-captioned matter. On April 8, 2015 the parties jointly requested an extension of the briefing schedule for a dispositive motion. Your Honor granted that request on April 9, 2015, and scheduled a status conference for August 18, 2015 at 9:45 AM. The previously-scheduled oral argument date of June 30, 2015, however, remains calendared. Defendants have served their dispositive motion, but we do not expect it to be fully submitted to Your Honor until July 17, 2015. Accordingly, with the consent of Plaintiff's counsel, Defendants request an adjournment of the June 30, 2015 status conference.

     Thank you for your consideration.

Sincerely,

Andrew K. Preston, Esq.
Bee Ready Fishbein Hatter & Donovan, LLP

Nassau County Office:  170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office:  105 Maxess Road • Suite 121 • Melville, NY  11747 • Telephone (631) 501-1030 • Fax (631) 501-5995