# DAVID A. THOMPSON
# STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

July 24, 2015

**BY ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: <u>Garris-Rivers v. The Metropolitan Transportation Authority, et al.</u>
           Index No. 13-cv-9034 (GBD) (RLE)

Dear Honorable Judge Daniels:

    After the pending motion for summary judgment in this case was fully briefed, the Second Circuit issued a decision in <u>Simpson v. City of New York</u>, 2015 U.S. App. LEXIS 12163 (2d Cir. N.Y. July 15, 2015), ruling on a summary judgment motion in a section 1983 case in which the plaintiff alleged that she was falsely arrested for a violation of Penal Law § 165.15(3). Attached please find a copy of the decision, which I believe the Court may find relevant to the pending motion.

                                    Respectfully submitted,

                                      David A. Thompson

cc:    [via ECF]
       Andrew K. Preston, Esq.
       Bee Ready Fishbein Hatter & Donovan, LLP
       170 Old Country Road, Suite 200
       Mineola, NY 11501