PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

THOMAS V. PANTELIS
ROBERT G. LIPP †
ROBERT R. McMILLAN (Retired)

* ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ
† DECEASED

# BRFH&D
## ATTORNEYS AT LAW

SENIOR ASSOCIATE
MICHELLE R. SIRAVO

ASSOCIATES
ANGELO M. BIANCO
BRIAN A. SUPER
ROBERT M. GOODSTEIN
**STEPHEN L. MARTIR
DEANNA PANICO
ANDREA ANDRADE
ANDREW K. PRESTON
ALEXANDER D. HUENKE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 05 2015

August 4, 2015

AUG 05 2015

**SO ORDERED**

The oral argument is rescheduled for August 13, 2015 at 11:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

By Fax to (212) 805-6737

Re: **Tamiko Garris-Rivers v. The Metropolitan Transit Authority, Long Island Railroad**
**SDNY Docket No.: 13-CV-9034**
**Our File No.: 6178-1307**

Dear Judge Daniels:

I apologize for missing the scheduled appointment for today as I was unaware it had been rescheduled to August 4th from August 18th. I would like to request an adjournment of the oral argument and I will reach out to opposing council for a mutually available date.

Thank you for your courtesies in this matter.

Very truly yours,

BEE READY FISHBEIN HATTER & DONOVAN, LLP

*Andrew K. Preston /ds*

Andrew K. Preston

Dictated but not read
AKP/ds
cc: Stecklow Cohen & Thompson, PLLC
Att: David A. Thompson, Esq.
Via fax: (212-202-4952)

---