UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

TAMIKO GARRIS-RIVERS,

            Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------x

ORDER

13 Civ. 9034 (GBD) (RLE)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:

\*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions:\_\_

Dated: November 9, 2015

SO ORDERED.

*[signature]*
United States District Judge