PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

THOMAS V. PANTELIS
EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN  *(Retired)*

*   ALSO ADMITTED IN FL
**  ALSO ADMITTED IN NJ
†   DECEASED

BEE READY FISHBEIN HATTER & DONOVAN, LLP

**B R F H & D**

A T T O R N E Y S-A T-L A W

SENIOR ASSOCIATES

MICHAEL P. SIRAVO

ASSOCIATES

ANGELO M. BIANCO
† BRIAN A. SUPER
**STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREA ANDRADE
ANDREW K. PRESTON
MICHAEL S. WERNER
PETER OLIVERI, JR.
PHILIP A. BUTLER

December 11, 2015

Honorable Ronald L. Ellis
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

**By ECF**

**Re:**   Tamiko Garris-Rivers v. The Metropolitan Transit Authority, Long Island Railroad
SDNY Docket No.: 13-CV-9034
Our File No.: 6178-1307

Dear Judge Ellis:

We represent the Defendants in the above-referenced action. With consent of Plaintiff's counsel Mr. Thompson, we write to request a brief adjournment of the December 16, 2015 settlement conference before Your Honor. The parties are requesting the adjournment in order to exchange settlement demands.

Respectfully submitted,

Andrew K. Preston, Esq.
Bee Ready Fishbein Hatter & Donovan, LLP