# DAVID A. THOMPSON
# STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

December 14, 2015

**BY ECF**
Honorable Ronald L. Ellis
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

    Re: Tamiko Garris-Rivers v. The Metropolitan Transit Authority, et al.
       Index No.: 13-CV-9034

Dear Honorable Judge Ellis:

  I write as attorney for the plaintiff in the above-captioned action. I wish to clarify something concerning the letter filed by the defendants on December 11, 2015 (docket no. 85), requesting adjournment of the mediation session scheduled for Wednesday, December 16, 2015. The letter filed by counsel for the defendants might be read to create the inference that an adjournment is necessary because the parties were unprepared for the mediation, but in fact, the opposite is the case: an adjournment would be helpful because the parties have been, and continue to be, working to prepare for the mediation.

  The plaintiff presented the defendants with an updated settlement demand last month. Counsel for the defendants and I have conferred regarding settlement in this case several times since then. Counsel for the defense and I agreed that additional time would be helpful to ensure that the parties arrived at the mediation in a posture that maximized the likelihood that the mediation would be productive and would result in settlement. It was for this reason that the defendants, with my consent, requested the adjournment.

                  Respectfully submitted,

                  David Thompson