PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

THOMAS V. PANTELIS
EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN  (Retired)

\*  ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
†  DECEASED

SENIOR ASSOCIATES

MICHAEL P. SIRAVO

ASSOCIATES

ANGELO M. BIANCO
† BRIAN A. SUPER
\*\*STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREA ANDRADE
ANDREW K. PRESTON
MICHAEL S. WERNER
PETER OLIVERI, JR.
PHILIP A. BUTLER

# BEE READY FISHBEIN HATTER & DONOVAN, LLP
# B R F H & D
### ATTORNEYS-AT-LAW

January 8, 2016

Honorable Ronald L. Ellis
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

**By ECF**

Re:   Tamiko Garris-Rivers v. The Metropolitan Transit Authority, Long Island Railroad
       SDNY Docket No.: 13-CV-9034
       Our File No.: 6178-1307

Dear Judge Ellis:

We represent the Defendants in the above-referenced action. I write to request a brief adjournment of the settlement conference scheduled for Tuesday, January 12th. My client's representative, Mr. Nesbot, will be unable to attend due to a family medical emergency. Mr. Nesbot has been the claims representative assigned to this action since its inception, and requests a very brief adjournment so that he may be present at the settlement conference before Your Honor.

I learned of this emergency today, and apologize to the Court for the short notice of this request.

Respectfully submitted,

Andrew K. Preston, Esq.
Bee Ready Fishbein Hatter & Donovan, LLP

Nassau County Office:  170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office:  105 Maxess Road • Suite 121 • Melville, NY  11747 • Telephone (631) 501-1030 • Fax (631) 501-5995