| | | |
|---|---|---|
| PETER A. BEE* | BEE READY FISHBEIN HATTER & DONOVAN, LLP | SENIOR ASSOCIATES |
| RICHARD P. READY | | |
| PETER M. FISHBEIN | | MICHAEL P. SIRAVO |
| JAMES R. HATTER | | |
| THOMAS J. DONOVAN † | **B R F H & D** | ASSOCIATES |
| KENNETH A. GRAY | | |
| DONALD J. FARINACCI | A T T O R N E Y S-A T-L A W | ANGELO M. BIANCO |
| WILLIAM C. DeWITT | | † BRIAN A. SUPER |
| | | **STEPHEN L. MARTIR |
| OF COUNSEL | | DEANNA D. PANICO |
| | | ANDREA ANDRADE |
| THOMAS V. PANTELIS | | ANDREW K. PRESTON |
| EDWARD P. RA | | MICHAEL S. WERNER |
| ROBERT G. LIPP † | | PETER OLIVERI, JR. |
| ROBERT R. McMILLAN  (Retired) | | PHILIP A. BUTLER |

\*   ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
†   DECEASED

January 11, 2016

Honorable Ronald L. Ellis
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007-1312

**By ECF**

**Re:**   Tamiko Garris-Rivers v. The Metropolitan Transit Authority, Long Island Railroad
SDNY Docket No.: 13-CV-9034
Our File No.: 6178-1307

Dear Judge Ellis:

We represent the Defendants in the above-referenced action. I wrote last week to request a brief adjournment of the settlement conference scheduled for Tuesday, January 12th. After speaking with both chambers and Plaintiff's counsel, I now note that Plaintiff's counsel has consented to this request based on my representations of the importance of Mr. Nesbot's presence.

The parties are available for a rescheduled conference on January 19, 20, 28 or 29 at any time, or on January 25 in the afternoon.

Respectfully submitted,

Andrew K. Preston, Esq.
Bee Ready Fishbein Hatter & Donovan, LLP

Nassau County Office:  170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office:  105 Maxess Road • Suite 121 • Melville, NY  11747 • Telephone (631) 501-1030 • Fax (631) 501-5995