DAVID A. THOMPSON
STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

January 12, 2016

**SO ORDERED**

The conference is adjourned to March 1, 2016 at 9:45 a.m.

*George B. Daniels* (signature)

HON. GEORGE B. DANIELS

**BY ECF and FAX**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Fax: (212) 805-6737

JAN 12 2016

Re: <u>Garris-Rivers v. The City of New York, et al.</u>, 13-cv-09034-GBD

Dear Honorable Judge Daniels:

I write as the attorney for the plaintiff in the above-captioned case. This letter is a request to adjourn the deadline for the parties' joint pretrial order (currently January 19, 2016) and the final pretrial conference (currently January 26, 2016) until after the settlement conference before Magistrate Judge Ronald L. Ellis, which today was adjourned to January 28, 2016. The defendants join in this request. The parties believe that there is a strong possibility of settlement, and believe that the requested adjournment is warranted to avoid potentially unnecessary expenditure of Court and attorney time on pretrial matters.

As the Court may recall, the mediation was originally scheduled to occur well in advance of the pretrial submission deadline and conference. However, the mediation was adjourned twice. The first adjournment was requested because the parties believed that additional time would increase the likelihood that the mediation would actually result in a settlement. The parties believe that they are in fact better situated for settlement than they would otherwise have been. The most recent adjournment was requested on Friday because a key decision maker on the defendants' side had an unexpected family emergency that prevented his participation in the mediation which was scheduled for today. As a result of this unexpected event, the mediation will not take place until after the currently-scheduled dates for the submission of the parties' joint pretrial order and the final pretrial conference. Adjournment of these two events would comport with the original schedule for this case, which contemplated that the parties would meet to hopefully settle the case before the pretrial litigation phase began.

For the foregoing reasons, the parties respectfully request that the Court adjourn the deadline for the parties' joint pretrial order (currently January 19, 2016) and the final pretrial conference (currently January 26, 2016) until after the January 28, 2016 settlement conference before Magistrate Judge Ronald L. Ellis.

Respectfully submitted,

David Thompson