IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAMIKO GARRIS-RIVERS,

                       PLAINTIFF,

-against-

THE METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

                       DEFENDANTS.
-------------------------------------------------------------------X

Index No.
13-cv-9034 (GBD) (RLE)

ECF CASE

**DECLARATION
IN SUPPORT
OF PLAINTIFF'S
MOTION *IN LIMINE***

      David A. Thompson of Stecklow & Thompson, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the attorney of record in this case. As such, I an familiar with the facts stated below and the proceedings held herein. I submit this declaration in support of the plaintiff's motion *in limine*.

2. Attached hereto as Exhibit A is an excerpt from the October 24, 2014 deposition of Jonathan Mancini, which is a true and correct copy of the testimony so excerpted.

3. Attached hereto as Exhibit B is an excerpt from the October 3, 2014 deposition of Tamiko Garris-Rivers, which is a true and correct copy of the testimony so excerpted.

4. Attached hereto as Exhibit C is a true and correct copy of a document submitted

by the defendants as Exhibit F to their motion for summary judgment (Docket No. 67-6).

DATED:    New York, N.Y.
          May 26, 2016

                                        Respectfully submitted,


                                        _____//s//_____
                                        David A. Thompson, Esq.
                                        Stecklow & Thompson
                                        *Attorneys for the Plaintiff*
                                        217 Centre Street, 6th Floor
                                        New York, N.Y. 10013
                                        Phone: (212) 566-8000
                                        Fax:    (212) 202-4952
                                        dave@sctlaw.nyc