UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAMIKO GARRIS-RIVERS,                          Index No. 13-cv-9034(GBD)(RLE)

                Plaintiff,

     -against-                                   **DECLARATION IN OPPOSITION**

THE METROPOLITAN TRANSPORTATION
AUTHORITY, THE METROPOLITAN
TRANSPORTATION AUTHORITY POLICE
DEPARTMENT, THE LONG ISLAND RAIL ROAD,
MTAPD POLICE OFFICER ELOISE BRODERICK,
MTAPD POLICE OFFICER GREG BUEHLER, MTAPD
POLICE OFFICER CHRIS MCDERMOTT, MTAPD
POLICE OFFICER JOUAN OLIVARES, MTAPD
POLICE OFFICER ROBERT RAU, MTAPD POLICE
OFFICER MATTHEW REILLY, MTAPD POLICE
OFFICER MICHAEL HAGGERTY, MTAPD POLICE
OFFICER SHEK, MTAPD POLICE OFFICER "JOHN
DOE" ALSO KNOWN AS POLICE OFFICER "WILLETT",
LIRR EMPLOYEE BENJAMIN GARDNER, and
LIRR EMPLOYEE JOHN MANCINI,

                Defendants.
-------------------------------------------------------------------X
S I R S :

    ANDREW K. PRESTON, an attorney admitted to practice in the United States District Court for the Southern District of New York, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, as follows:

1. The undersigned is employed as an associate attorney in the law firm Bee Ready Fishbein Hatter & Donovan, and represents Defendants in the above-captioned action.

2. This Declaration and accompanying memorandum of law are submitted in opposition to the Plaintiff's motion *in limine*. (DE:107).

3. As set forth in the accompanying Memorandum of Law, Defendants respectfully submit that an order denying Plaintiff's motion *in limine* is warranted.

Dated: Mineola, New York
June 15, 2016

Respectfully yours,
**BEE READY FISHBEIN**
**HATTER & DONOVAN, LLP**

By: _____/S/_____
Andrew K. Preston (AP-5857)
*Attorneys for Defendants*
170 Old Country Road, Ste. 200
Mineola, New York 11501
T. 516-746-5599 – F. 516-746-1045
File No.: 6178-1307

**TO:** **STECKLOW COHEN & THOMPSON**
By: **DAVID A. THOMPSON (DT 3991)**
*Attorneys for Plaintiff*
10 Spring Street, Suite 1
New York, New York 10012
T. 212-566-8000 – F. 212-202-4952