**DAVID A. THOMPSON**
**STECKLOW & THOMPSON**

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

July 8, 2016

**BY ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Garris-Rivers v. The City Of New York, 13-cv-09034-GBD

Dear Honorable Judge Daniels:

I write as counsel for the plaintiff in the above-captioned action. As the Court may recall, at the close of trial on June 30, 2016, the Court asked for notification within 10 days concerning any planned post-trial motions by the plaintiff, for the purpose of scheduling the briefing of any such motion. The plaintiff intends to file a motion for a judgment notwithstanding the verdict or for a new trial pursuant to Rules 50 and 59. I have conferred with counsel for the defendants, and both sides are in agreement upon the following briefing schedule: Plaintiff's motion to be filed by August 1, 2016; Defendant's opposition to be filed by August 22th; and Plaintiff's reply to be filed by September 9th.

If the foregoing schedule is acceptable to the Court, I respectfully request that the Court so-order the schedule set forth herein.

Sincerely,

David Thompson